UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PATRICK CHARLES McKENNA,            )
                                    )
    Petitioner,                     )    2:11-cv-00191-JCM-PAL
                                    )
vs.                                 )
                                    )    **ORDER**
E.K. McDANIEL, *et al.*,            )
                                    )
    Respondents.                    )
                                    )
_____ /

    This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by Patrick Charles McKenna, a Nevada prisoner under sentence of death.

    On February 9, 2011, the court granted petitioner's motion for appointment of counsel, and appointed the Federal Public Defender's office (FPD) as his counsel. Docket #6.

    On February 25, 2011, Deputy Attorney General Michael Bongard of the Nevada Attorney General's office filed a notice of appearance for the respondents. Docket #9. On the same day, Assistant Public Defender Gary Taylor filed notice that the FPD accepts representation of the petitioner. Docket #10.

    The court will now set a scheduling conference. In advance of the conference, counsel for both petitioner and respondents will be expected to become familiar with the case, if they have not already done so. During this time, counsel for petitioner should meet with the petitioner (if he has not already done so), confer with the petitioner's previous counsel, and gather the case files and

court records relative to this action.

Also, during this time, counsel for petitioner and counsel for respondents should confer with each other regarding the anticipated course of proceedings in the action.

**IT IS ORDERED THAT** a telephonic status conference is scheduled for **Monday, June 13, 2011, at 10:00 a.m.** At the conference, counsel for petitioner shall be prepared to advise the court whether the complete state-court record has been obtained, and, if not, what portions are missing, why they are missing, what efforts have been made to obtain them, and how long it will take to obtain them. Counsel for petitioner and counsel for respondents shall be prepared to discuss the schedule for further litigation of this action. Counsel for petitioner and counsel for respondents shall be available at their respective telephone numbers ((702) 388-6577 for petitioner's counsel, and (775) 289-1630 for respondents' counsel) at the time set for the telephonic status conference or, alternatively, counsel may contact David Oakes((702) 464-5413) to make other arrangements.

DATED:   March 8, 2011

_____
UNITED STATES DISTRICT JUDGE