UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Patrick Charles McKenna,<br><br>                      Petitioner,<br>    v.<br><br>William Gittere, *et al.*,<br><br>                      Respondents. | Case No. 2:11-cv-0191-JCM-NJK<br><br>ORDER |

Due to the death of petitioner, Patrick Charles McKenna, petitioner's counsel move, under Federal Rule of Civil Procedure 41(a)(2), for voluntary dismissal of this habeas corpus proceeding. The motion **(ECF No. 85) is GRANTED**. This action is dismissed. The Clerk of Court is directed to enter judgment accordingly and change the case status to closed.

DATED May 4, 2021.

                                                                                                                      JAMES C. MAHAN,
                                                                                                                      UNITED STATES DISTRICT JUDGE